UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:07CR19-V

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.               )<br>)<br>RICHARD LEE DANCY,    )<br>     **Defendant.**  )<br>_____ ) | **ORDER OF DISMISSAL** |

This matter is before the Court upon the motion of the Government, filed December 17, 2008. (Document #124) For the reasons stated in the Government's motion, leave of Court is hereby <u>granted</u> for the dismissal of the Third Superseding Bill of Indictment in Criminal Docket No.: 5:07CR19 *without prejudice.*

Signed: December 17, 2008

Richard L. Voorhees
United States District Judge